No. 17,125.

DUNTON ET AL. *v.* AUSTIN.
(267 P. [2d] 1119)

Decided March 8, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiffs in error.

Mr. ANTHONY F. ZARLENGO, Mr. F. NELSON PABST, Mr. FRED M. WINNER, for defendant in error.